# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:22-cv-02746-DDD-MEH

FABIOLA MUNOZ,

    Plaintiff,

v.

FAR EAST ENTERPRISE, LLP, SAIGON 2017, INC. D/B/A SAIGON BOWL and VIET'S, INC. D/B/A VIET'S RESTAURANT.

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. Civ. P. 41(a)(1), Plaintiff, FABIOLA MUNOZ, by and through his undersigned counsel, hereby dismisses the instant Action with Prejudice.

Dated this February 16, 2023.

    Respectfully Submitted,

    **GARCIA-MENOCAL & PEREZ, P.L.**
    *Attorneys for Plaintiff*
    1600 Broadway
    Denver, CO 80202
    Telephone: (305) 553-3464
    Facsimile: (305) 553-3031
    Primary E-Mail: ajperez@lawgmp.com
    Secondary E-Mail: dramos@lawgmp.com

    By: */s/ Anthony J. Perez*
        ANTHONY J. PEREZ

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on February 16, 2023.

    Respectfully Submitted,

    **GARCIA-MENOCAL & PEREZ, P.L.**
    *Attorneys for Plaintiff*
    1600 Broadway
    Denver, CO 80202
    Telephone: (305) 553-3464
    Facsimile: (305) 553-3031
    Primary E-Mail: ajperez@lawgmp.com
    Secondary E-Mail: dramos@lawgmp.com

    By: */s/ Anthony J. Perez*
        ANTHONY J. PEREZ